| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:26-CR-40-KAC-JEM |
| | ) | |
| FERNANDO CORNEJO-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Fernando Cornejo-Garcia's Motion to Continue Trial and Enlarge Relevant Deadlines [Doc. 13], which he filed on June 10, 2026.

Defendant asks to continue the July 14 date and all relevant pretrial deadlines [*Id.* at 1]. As grounds, Defendant states the Court appointed defense counsel at his initial appearance on May 27, 2026 [*Id.* ¶ 1]. At the time of the filing of the motion to continue on June 10, 2026, defense counsel was awaiting receipt of some discovery [*Id.*]. Defendant states counsel needs time to review the discovery and to prepare for trial, which cannot be accomplished before the July 14 trial date [*Id.* ¶¶ 1, 4]. Defendant understands his right to a speedy trial and does not oppose a trial continuance [*Id.* ¶ 2]. The Government does not object to a trial continuance or to the extension of all relevant deadlines [*Id.* ¶ 5].

Based upon the information in Defendant's motion and the Government's lack of opposition, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B).

Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defense counsel needs time to review, discuss, and evaluate the discovery in this case and, if deemed necessary, to file pretrial motions. *See id.* § 3161(h)(7)(B)(iv). Also, defense counsel requires additional time to prepare the case for trial. *See id.* § 3161(h)(7)(B)(iv). The Court finds that all of this cannot occur before the July 14, 2026 trial date.

The Court therefore **GRANTS** Defendant's Motion to Continue Trial and Enlarge Relevant Deadlines [**Doc. 13**]. The trial of this case is reset to **October 27, 2026**. A new trial schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the motion on June 10, 2026, and the new trial date is fully excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant's Motion to Continue Trial and Enlarge Relevant Deadlines [**Doc. 13**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **October 27, 2026, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **June 10, 2026**, and the new trial date of **October 27, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing pretrial motions is extended to **July 15, 2026**, and responses to pretrial motions are due on or before **July 29, 2026**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **September 25, 2026**;

(6) the deadline for filing motions *in limine* is **October 9, 2026**, and responses to motions *in limine* are due on or before **October 20, 2026**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **September 9, 2026, at 1:00 p.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **October 16, 2026**.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge

3